Seung L. Yang (SBN 249857)
E-mail: seung.yang@thesentinelfirm.com
Tiffany Hyun (SBN 311743)
E-mail: tiffany.hyun@thesentinelfirm.com
Andrew Weaver (SBN 318935)
E-mail: andrew.weaver@thesentinelfirm.com
Christine J. Noh (SBN 355592)
E-mail: christine.noh@thesentinelfirm.com
**THE SENTINEL FIRM, APC**
355 S. Grand Ave., Suite 1450
Los Angeles, California 90071
Telephone: (213) 985-1150
Facsimile: (213) 985-2155

Attorneys for Plaintiff Alex W. Smith

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX W. SMITH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH WIND SERVICES, LLC, an Alaska limited liability company; LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: 3:25-cv-03793<br><br>(Removed from Alameda County Superior Court, Case No. 25CV113668)<br><br>**[PROPOSED] ORDER GRANTING AS MODIFIED PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT, CONTINUE INITIAL STATUS CONFERENCE AND INITIAL DISCLOSURES**<br><br>Action Filed: February 28, 2025<br>Trial Date: Not Set |

SMRH:4901-1779-0810.1

-- 1 --

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION
COMPLAINT, CONTINUE INITIAL STATUS CONFERENCE AND INITIAL DISCLOSURES

## ~~[PROPOSED]~~ ORDER

Pursuant to the above Stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. LAWRENCE LIVERMORE shall withdraw its pending Motion for Judgment on the Pleadings;

2. Plaintiff shall file a First Amended Class Action Complaint by August 22, 2025.

3. Defendants shall have forty-five (45) days after Plaintiff files the FAC to file a responsive pleading.

4. The deadline to complete disclosures under Rule 26 shall be continued to thirty (30) days after the pleadings are at issue.

5. The Initial Case Management Conference shall be continued to October 1, 2025.

**IT IS SO ORDERED.**

Dated: August 7, 2025          _____
                                        Judge Rita F. Lin

SMRH:4901-1779-0810.1                -- 2 --

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT, CONTINUE INITIAL STATUS CONFERENCE AND INITIAL DISCLOSURES

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT                    )
                                                )
NORTHERN DISTRICT OF CALIFORNIA                 )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address from which I served the document listed below is 355 S Grand Ave, Suite 1450, Los Angeles, California 90071. On August 7, 2025, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT, CONTINUE INITIAL STATUS CONFERENCE AND INITIAL DISCLOSURES**

[x]   **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

**SHEPPARD MULLIN**
Attorneys for Defendant Lawrence Livermore National Security, LLC
Elena Ruiz (ERuiz@sheppardmullin.com)
Brooke Purcell (bpurcell@sheppardmullin.com)
Rachel Moroski (RMoroski@sheppardmullin.com)
Shayla Griffin (smgriffin@sheppardmullin.com)
Leslie Cuesta (LCuesta@sheppardmullin.com)
Eileen Wilson (EWilson@sheppardmullin.com)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

**CDF LABOR LAW**
Attorneys for Defendant North Wind Services, LLC
Elizabeth Kastern (ekastern@cdflaborlaw.com)
Alison Tsao (atsao@cdflaborlaw.com)
Marianne Koepf (mkoepf@cdflaborlaw.com)
Candace DesBaillets (cdesbaillets@cdflaborlaw.com)
Eliza Kinney (ekinney@cdflaborlaw.com)
900 University Avenue, Suite 200
Sacramento, CA 95825

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2025, at Los Angeles, California.

SMRH:4901-1779-0810.1                          -- 3 --

| Karen Arellano | *Karen Arellano* |
|---|---|
| Name | Signature |

SMRH:4901-1779-0810.1

-- 4 --

–4–

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT, CONTINUE INITIAL STATUS CONFERENCE AND INITIAL DISCLOSURES